**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA**
P.O. Box 1805
Pittsburgh, PA 15230
www.pawd.uscourts.gov

| | |
|---|---|
| **ROBERT V. BARTH, JR.**<br>CLERK OF COURT<br>412–208–7500 | IN REPLYING GIVE NUMBER<br>OF CASE AND NAMES OF PARTIES |

Date: July 14, 2014

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

      RE: **MAXIM INTEGRATED PRODUCTS, INC. vs. EXPEDIA, INC.**
      Case Number:   **2:12–CV–00878–JFC**

Dear Commissioner:

    Enclosed is a copy of the order which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

                             Sincerely,

                             ROBERT V. BARTH, JR.
                             CLERK OF COURT

                  By:   **/s/ ksa**
                             Deputy Clerk

Enclosures